United States District Court
Southern District of Texas
**ENTERED**
August 03, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUAN ZAMUDIO** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 4:18-cv-01302** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| **Defendant.** | ) | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: 1 Days    Jury: ___ Non-Jury: X

| | | |
|---|---|---|
| 1. | (a) NEW PARTIES shall be joined by: The Attorney causing the addition of new parties will provide copies of this Order to new parties. | 2/8/2019 |
| | (b) AMENDMENT to PLEADINGS by Plaintiff or Counter-Plantiff shall be filed by: | 2/8/2019 |
| 2. | EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | 3/8/2019 |
| 3. | EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | 3/22/2019 |
| 4. | DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. | 4/19/2019 |
| 5. | DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: | 5/21/2019 (Due 90 days prior to Trial) |

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date) — 8/12/2019 (Due the Monday before Trial)

7. TRIAL will begin at 9:00 a.m. — 8/19/2019 (15 Months from the date case filed)

August 3, 2018
Date

Keith P. Ellison
Keith P. Ellison
United States District Judge

August 3, 2018
Date

/s/ Marc S. Whitehead (w/permission)
Marc S. Whitehead
Counsel for Plaintiff

August 3, 2018
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant