**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JUAN ZAMUDIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:18-cv-1302 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF ATTORNEYS' CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT AND ALL COUNSEL OF RECORD:

Please take notice that the address for Plaintiff's counsel has changed. The new address is:

J. Anthony Vessel
anthony@marcwhitehead.com
Marc S. Whitehead
marc@marcwhitehead.com
Britney Anne Heath McDonald
britney@marcwhitehead.com
Madison Tate Donaldson
madison@marcwhitehead.com
Marc Whitehead and Associates, Attorneys at Law, LLP
403 Heights Boulevard
Houston, Texas 77007-2519
Telephone: (713) 228-8888
Facsimile: 1-(844) 367-9513

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: /s/ J. Anthony Vessel
J. Anthony Vessel

Tex. Bar. No. 24084019
Fed. I.D. No. 1692384
anthony@marcwhitehead.com
Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
marc@marcwhitehead.com
Britney Anne Heath McDonald
Tex. Bar. No. 24083158
Fed. I.D. No. 2621983
britney@marcwhitehead.com
Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467
madison@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007-2519
Telephone: 713-228-8888
Facsimile: 1-844-367-9513
ATTORNEYS-IN-CHARGE
FOR PLAINTIFF
JUAN ZAMUDIO

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served through the Court's CM/ECF system on the 18th day of October, 2018.

IWANA RADEMAEKERS
iwana@rademaekerslaw.com
Law Office of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (7214) 579-9319
Facsimile: (469) 444-6456
ATTORNEY FOR DEFENDANT

/s/ J. Anthony Vessel
J. Anthony Vessel